**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DALE MAISANO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:14-cv-01728** |
| | ) | |
| **DOCTOR KENNETH MERCHANT and** | ) | **Judge Sharp** |
| **CORIZON HEALTH INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

The complaint in this case was filed in an improper venue, is frivolous, and fails to comply with

the restraining order entered by Senior United States District Judge Stephen M. McNamee on August 11,

1992. *Maisano v. Lewis*, CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug. 11, 1992). Pursuant to that

restraining order, any "[f]ailure to comply strictly with [its] terms . . . will be sufficient ground to deny leave

to file." *Id.* Because the plaintiff made no attempt with his current filing to comply with the restraining

order, the present complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

An appeal of this order would not be in good faith, and the Court will not grant leave to appeal *in*

*forma pauperis.*

It is so **ORDERED**.

This is the final judgment in this action for purposes of Rule 58, Fed. R. Civ. P.

_____
KEVIN H. SHARP
United States District Judge